# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

MCLEAN, Antonio Dazell-Kenlee              Crim. No.: 17-CR-20019-02

On 05/19/2020 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision. The issues of the violation were heard in Court on 08/10/2020, and the Court made the following findings:

  x   Guilty of violating a condition of supervision. MCLEAN's term of supervised release was continued to its original expiration date of March 18, 2023. The following special condition of supervision is added:

"You must submit your person, residence, office, vehicle(s), papers, business or place of employment, and any property under his control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; you must warn any residents that the premises may be subject to searches."

                                      Respectfully submitted,

                                      s/Marquez F. Harris/jmg
                                      Marquez F. Harris
                                      United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

    Dated this 11th Day of August, 2020.

                                        s/Matthew F. Leitman
                                        Honorable Matthew F. Leitman
                                        United States District Judge