MIE 1A
Revised 08\18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

UNITED STATES OF AMERICA

v.

MCLEAN, Antonio Dazell-Kenlee            Crim. No.: 17CR20019-02

On 06/30/2021 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violation(s) of supervision. The issues of the violations were heard in Court on 07/12/2021, and the Court made the following findings:

 X  Guilty of violating conditions of supervision. The following special condition of supervision is/are added.

"You must reside in a Residential Reentry Center (RRC) for 90 days. You must follow the rules and regulations of the center. Subsistence is waived. While at the RRC, you shall be allowed to earn social time, if you are in compliance with all facility criteria and probationary standards."

Respectfully submitted,

s/ Marquez F. Harris
Marquez F. Harris
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 12th Day of July, 2021.

s/Matthew F. Leitman
Honorable Matthew F. Leitman
United States District Judge